# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| Rembrandt Patent Innovations, LLC and Rembrandt Secure Computing, LP, | § § § § § § § § § § | |
| Plaintiffs, | | Civil Action No. 2:14-cv-15-JRG |
| v. | | |
| Apple Inc. | | JURY TRIAL DEMANDED |
| Defendant. | | |

## JOINT MOTION TO AMEND DOCKET CONTROL ORDER

Plaintiffs Rembrandt Patent Innovations, LLC and Rembrandt Secure Computing, LP and Defendant Apple Inc. jointly file this motion seeking permission from the Court to amend the Docket Control Order for good cause and ask the Court to enter the attached proposed order.

On July 1, 2014, the Court held an initial scheduling conference in the above-captioned case. The Court issued a sample docket control order setting the deadline to file dispositive motions and motions to strike expert testimony (including *Daubert* motions) for January 19, 2015, and indicated this deadline cannot be moved without a showing of good cause.

The parties now seek to move the deadline for dispositive motions and motions to strike expert testimony from January 19, 2015 to February 13, 2015. The parties have been diligently meeting and conferring regarding a proposed schedule and docket control order for this case, and have come to agreement on all but one case deadline, as reflected in the Notice of Submission of Competing Docket Control Orders, filed today. However, the parties' proposed schedule is unworkable unless the January 19, 2015 deadline is moved.

Good cause exists to move this deadline for dispositive motions and motions to strike expert testimony. The parties require sufficient time after the completion of expert discovery

1

and expert depositions to prepare any dispositive motions and/or motions to strike expert testimony. The Court's current sample docket control order sets the deadline for both expert discovery cut-off and the deadline for dispositive motions and motions to strike for January 19, 2015. Given the expedited nature of this case, that discovery has not yet begun, and that the parties seek sufficient time to conduct expert discovery and account for possible travel plans of the parties' experts during the holidays, the parties have agreed to a deadline of January 30, 2015 to complete expert discovery. In order to allow sufficient time to prepare any dispositive motions and motions to strike expert testimony following this deadline to complete expert discovery, the parties respectfully request that the deadline to file dispositive motions and motions to strike expert testimony be moved to February 13, 2015.

Accordingly, the parties request the deadline be extended as follows:

| Action | Current Deadline | Proposed Extended Deadline |
|---|---|---|
| *File Dispositive Motions or Motions to Strike Expert Testimony (including *Daubert* Motions) <br><br> No dispositive motion or motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. | January 19, 2015 | February 13, 2015 |

Dated: July 15, 2014						Respectfully submitted,


												*/s/ Trey Yarbrough*
												Trey Yarbrough
												Bar No. 22133500
												YARBROUGH WILCOX, PLLC
												100 E. Ferguson St., Ste. 1015
												Tyler, TX 75702
												(903) 595-3111
												Fax: (903) 595-0191
												trey@yw-lawfirm.com

												Gerald F. Ivey (*pro hac vice*)
												E. Robert Yoches (*pro hac vice*)
												Richard B. Racine (*pro hac vice*)
												Christopher T. Blackford (*pro hac vice*)
												FINNEGAN, HENDERSON, FARABOW
												 GARRETT & DUNNER, LLP
												901 New York Avenue, N.W.
												Washington, D.C. 20001
												(202) 408-4000

												Stephen E. Kabakoff (*pro hac vice*)
												Anita Bhushan (*pro hac vice*)
												Benjamin R. Schlesinger (*pro hac vice*)
												FINNEGAN, HENDERSON, FARABOW
												 GARRETT & DUNNER, LLP
												3500 SunTrust Plaza
												303 Peachtree Street, N.E.
												Atlanta, GA 30308-3263
												(404) 653-6400

												Jacob Schroeder (*pro hac vice*)
												FINNEGAN, HENDERSON, FARABOW
												 GARRETT & DUNNER, LLP
												3300 Hillview Avenue
												Palo Alto, CA 94304
												(650) 849-6600

												ATTORNEYS FOR PLAINTIFFS
												*REMBRANDT PATENT INNOVATIONS, LLC*
												*and REMBRANDT SECURE COMPUTING, LP*

*/s/Mark C. Scarsi by Trey Yarbrough w/permission*
Mark C. Scarsi (*admitted Pro Hac Vice*)
mscarsi@mibank.com
Christopher J. Gaspar (*admitted Pro Hac Vice*)
cgaspar@mibank.com
Miguel Ruiz (*admitted Pro Hac Vice*)
mruiz@milbank.com
Ashlee N. Lin (*admitted Pro Hac Vice*)
ashlee.lin@milbank.com
MILBANK, TWEED, HADLEY & MCCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017-5735
Telephone: (213) 892-4000
Facsimile: (213) 629-5063

Melissa Smith (Bar No. 24001351)
melissa@gillamsmithlaw.com
GILLAM & SMITH L.L.P
303 S. Washington Ave
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

ATTORNEYS FOR DEFENDANT
*APPLE INC*.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 15th day of July, 2014. All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

*/s/ Trey Yarbrough*
Trey Yarbrough
