# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| REMBRANDT PATENT INNOVATIONS, LLC, and REMBRANT SECURE COMPTUING, LP<br><br>*Plaintiffs*,<br>v.<br><br>APPLE, INC. | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:14-cv-00015 LEAD CASE |
| APPLE, INC. | | CIVIL ACTION NO. 2:14-cv-00867 CONSOLIDATED CASE |

## ORDER

Before the Court is Defendant Apple Inc.'s Motion to Transfer Venue (Dkt. No. 22), urging this Court to transfer the above-styled action to the Northern District of California. As an initial matter, the two above cases were consolidated for all pretrial purposes except venue. However, after reviewing the documents related to consolidation, the Court now ORDERS that the two cases be consolidated for all purposes. The two actions are identical except that the second action seeks damages pre-October 2010. That being decided, and after careful consideration of the parties' written submissions concerning the transfer, the Court hereby GRANTS Apple Inc.'s Motion to Transfer Venue (Dkt. No. 22).

Upon considering the applicable public and private factors when evaluating a transfer motion pursuant to 28 U.S.C. § 1404(a), the Court finds that the Northern District of California is clearly more convenient than the Eastern District of Texas.

Accordingly, this case is ORDERED transferred to the Northern District of California.

**So ORDERED and SIGNED this 27th day of October, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE